UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| P.T., a minor, by and through his parent and next friend, Ashley Wills, et al., | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) Case No. 4:07CV1380 CDP ) |
| WASHINGTON COUNTY SHERIFF'S DEP'T, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

For good cause shown,

**IT IS HEREBY ORDERED** that **the motion for appointment of next friend [#8] and the motions to intervene [#9, #10] are granted, and the complaint of the intervening plaintiffs [#10, Exhibit 2] is deemed filed as of this date.**

**IT IS FURTHER ORDERED** that the intervening plaintiffs are reminded of their obligation to obtain service of process on defendants, and plaintiff P.T. is reminded of his obligation to obtain service of process on defendant Washington County Sheriff's Department. Although plaintiff P.T. has obtained an entry of default against defendant Jason Louis, the Court will

not schedule a hearing on the pending motion for default judgment until the intervening plaintiffs have served their complaint on defendants.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 24th day of September, 2007.