P.T., a minor, by and through his parent    )
and next friend, Ashley Wills, et al.,       )
                                             )
      Plaintiffs,                          )
                                             )
      vs.                                  )      Case No. 4:07CV1380 CDP
                                             )
WASHINGTON COUNTY SHERIFF'S                   )
DEPARTMENT, et al.,                          )
                                             )
      Defendants.                          )

## MEMORANDUM AND ORDER

For good cause shown,

**IT IS HEREBY ORDERED** that the defendants' motion for leave to file

an answer or responsive pleading to the intervenor plaintiffs' complaint [#35] is

granted, and defendants' answers or responsive pleadings are deemed filed as of

this date.

**IT IS FURTHER ORDERED** that the motion for default judgment [#32] is

denied as moot.

**IT IS FURTHER ORDERED** that the Clerk's entry of default as to

defendant Louis [#7] is vacated, and the motion for default judgment as to

defendant Louis [#5] is denied as moot since my Order dated October 29, 2007,

granted him leave to file an answer out of time.

_Catherine D. Perry_

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 6th day of February, 2008.