UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

P.T., a minor, by and through his parent ) 
and next friend, Ashley Wills, et al., )
)
    Plaintiffs, )
)
vs. )   Case No. 4:07CV1380 CDP
)
WASHINGTON COUNTY SHERIFF'S )
DEPARTMENT, et al., )
)
    Defendants. )

## MEMORANDUM AND ORDER

For good cause shown,

**IT IS HEREBY ORDERED** that the intervenor plaintiffs' motion to dismiss defendant Washington County Sheriff's Department [#38] is granted, and defendant Washington County Sheriff's Department is dismissed without prejudice.

**IT IS FURTHER ORDERED** that the intervenor plaintiffs' motion for leave to file an amended complaint [#39] is granted, and the intervenor plaintiffs' amended complaint is deemed filed as of this date.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall add Linda Turntine as an intervenor plaintiff on the docket sheet.

**IT IS FURTHER ORDERED** that the motion for partial summary judgment filed by defendant Washington County, Missouri [#35-2] is denied as moot, and the Clerk of the Court shall docket this pleading and its supporting memorandum [#35-2], together with defendant Louis' answer to the intervenor plaintiffs' complaint[#35-3], as directed by my Order dated February 6, 2008 [#37]. Defendants are reminded that their answer to the amended intervenor complaint is due in ten days.

                                                */s/ Catherine D. Perry*
                                                CATHERINE D. PERRY
                                                UNITED STATES DISTRICT JUDGE

Dated this 20th day of February, 2008.